## 10958

### WINSLOW BROS. & SMITH CO. v. GOSSETT

#### (112 S. E. 825)

APPEAL AND ERROR—ORDER VACATING DEFAULT JUDGMENT NOT APPEALABLE UNLESS COURT ERRONEOUSLY EXERCISED DISCRETION.—An order vacating a judgment by default is not appealable unless the trial Court erroneously exercised its discretion.

Before TOWNSEND, J., Anderson, March, 1922. Appeal dismissed.

Action by Winslow Bros. & Smith Co. against Ralph Gossett. From an order vacating a judgment by default, plaintiff appeals.

*Mr. A. H. Dagnall,* for appellant, cites: *Sufficient showing to vacate a default judgment:* 105 S. C., 421; 107 S. C., 483. *Delay:* 102 S. C., 357. *Could have been heard at chambers:* 32 Stat., 281.

*Messrs. Bonham & Allen,* for respondent, cite: *Power to vacate default judgment:* Code Proc. 1912, Sec. 225. *Motion addressed to discretion of Judge:* 17 S. C., 453. *Exercise is not appealable:* 8 S. C., 50; 10 S. C., 369; 14 S. C., 630. *Will be reviewed only where abused:* 56 S. C., 28; 77 S. C., 226; 19 S. C., 557; 108 S. C., 49. *Statutes and Rules of Court are to aid, not defeat justice:* 102 S. C., 357.

July 6, 1922.

The opinion of the Court was delivered by MR. CHIEF JUSTICE GARY.

This is an appeal from an order vacating a judgment by default.  Such an order is not appealable unless there was an erroneous exercise of discretion on the part of his Honor, the Circuit Judge, of which fact the appellant has failed to satisfy this Court.

Appeal dismissed.